USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 08/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CURTIS STEWART,

Plaintiff,

-v-

MT. HAWLEY INSURANCE COMPANY,

Defendant.

---

25-cv-10414 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is Defendant's unopposed letter motion requesting an extension of the current deadlines set forth in the Court's April 27, 2026 Case Management Plan and Scheduling Order. *See* Dkt. Nos. 24, 31.

The Court will hold a videoconference in this matter on August 10, 2026 at 11:00 a.m. via Microsoft Teams. The parties shall come to the conference with dates as to which Plaintiff will agree to appear for deposition.

The parties will be provided with a link to participate in the proceedings by email in advance of the conference. The public may access the proceedings by dialing into the Court's audio-only teleconference line at 646-453-4442 and using Conference ID# 358639322.

SO ORDERED.

Dated: August 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge